UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEAK,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER LOGAN, C/O;<br><br>    Defendant. | 2:21-CV-12327-TGB<br><br><br><br>**ORDER STAYING CASE AND REFERRING TO PRO BONO COMMITTEE** |

The Court has received Magistrate Judge Grand's Certification of Pretrial Proceedings (ECF No. 39). The case appears ready for trial.

Plaintiff Leak is a pro se litigant and may benefit from the assistance of an attorney at this stage of the proceedings. The Court will refer this matter to the pro bono committee and stay the case for a period of 90 days. If the committee is unable to secure pro bono attorney assistance for Mr. Leak, the case will be returned to the Court's active docket and will be set for trial.

DATED this 8th day of June, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge